NITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>**Plaintiff,**<br><br>v.<br><br>Spring Oaks Capital LLC, John/Jane Does 1-5<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:20-cv-00383<br>§<br>§<br>§<br>§ |
| | |

**NOTICE OF SETTLEMENT**

Plaintiff Craig Cunningham and Defendant Spring Oaks Capital LLC and John/Jane Does 1-5 (collectively, the "Parties") notify the Court that they have reached an agreement in principle to settle this matter. Accordingly, the Parties respectfully ask the Court to (1) vacate all case deadlines and (2) provide the Parties with twenty days to memorialize the terms of their settlement in a formal settlement agreement – after which time this case will be voluntarily dismissed.

Dated: June 30, 2020                           Respectfully submitted,


/s/ *Andrew J. Blady*
Andrew J. Blady, Esq.
General Counsel and Chief Compliance Officer
Spring Oaks Capital, LLC
O: 267.544.0840
M: 215.715.9628
E: ablady@springoakscapital.com
*Counsel for Defendant Spring Oaks Capital LLC*


*/s/        Leland McRae*
Leland McRae
State Bar No. 24086374
1150 N. Loop 1604 W, Ste. 108-461
San Antonio, Texas 7824
Phone: (210) 569-0434
leland@lelandmcrae.com
*Counsel for Plaintiff Craig Cunningham*