# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>**Plaintiff,**<br><br>v.<br><br>Spring Oaks Capital LLC, John/Jane Does 1-5<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§ Civil Action No. 4:20-cv-00383<br>§<br>§<br>§<br>§ |

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(2)**

COMES NOW, Plaintiff, by and through undersigned counsel, and Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby moves this court to dismiss the above-captioned action WITH PREJUDICE against all Defendants.

Dated: July 14, 2020.

Respectfully submitted:

/s/ Leland McRae

_____
**Leland Garrett McRae**
**Counsel for Plaintiff**
**SBN 24086374**
**1150 N. Loop 1604 W, Ste 108-461**
**San Antonio, TX 78248**
**Phone: 210-569-0434**
**FAX: 210-493-6080**
**EMAIL: leland@lelandmcrae.com**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Plaintiff's Original Complaint was served on all named Defendant(s), Spring Oaks Capital LLC who can be served via registered agent via registered agent Corporation Services Company, 100 Shocke Slip Floor 2, Richmond, Virginia 23219.